Richard Construction Company, Inc., Appellant,
v. Martin & Nettrour Contracting Company.

Argued October 1, 1970.   Before BELL, C. J., JONES,
EAGEN, O'BRIEN and POMEROY, JJ.

*Frank J. Kernan,* with him *John L. Spiegel,* and
*Plowman and Spiegel,* for appellant.

*Clayton A. Sweeney,* with him *Buchanan, Ingersoll,
Rodewald, Kyle & Buerger,* for appellee.

OPINION PER CURIAM, June 28, 1971:
Order affirmed.

Mr. Justice COHEN and Mr. Justice ROBERTS took
no part in the consideration or decision of this case.